# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

RAYMOND SETZKE
#119843                                                                                          PLAINTIFF

V.                                    NO: 2:09CV00024 WRW/HDY

COBB *et al.*                                                                                    DEFENDANTS

## ORDER

Plaintiff, currently held at the Dupage County Jail in Wheaton, Illinois, filed a *pro se* complaint (docket entry #1), pursuant to 42 U.S.C. § 1983, on February 24, 2009.[1] On March 23, 2009, before the case could be screened, or the pending motion for leave to proceed in *forma pauperis* could be acted upon, Plaintiff filed a motion to voluntarily dismiss his complaint (docket entry #5). According to Plaintiff, he wishes to pursue his claims in another pending action. For good cause shown, Plaintiff's motion to dismiss (docket entry #5) is GRANTED, and his complaint is DISMISSED WITHOUT PREJUDICE. All pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 26th day of March, 2009.

                                                         /s/ Wm. R. Wilson, Jr.
                                                         UNITED STATES DISTRICT JUDGE

---

[1] The case was actually provisionally filed in the Western District of Arkansas, and transferred to this District.