# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

RAYMOND SETZKE
#119843                                                                                                                          PLAINTIFF

V.                        NO: 2:09CV00024 WRW/HDY

COBB *et al.*                                                                                                                 DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

IT IS SO ORDERED this <u>26th</u> day of March, 2009.

                                                                                         /s/ Wm. R. Wilson, Jr.
                                                                                      UNITED STATES DISTRICT JUDGE